**Julia RIVERA, Plaintiff–Appellant,**

v.

**Jo Anne BARNHART, Commissioner of Social Security, Defendant– Appellee.**

No. 05–2930–CV.

United States Court of Appeals, Second Circuit.

April 7, 2006.

James W. Devor, Law Office of James W. Devor, New York, NY, for Petitioner.

Susan D. Baird, Assistant United States Attorney (for Michael J. Garcia, United States Attorney for the Southern District of New York), New York, NY, for Respondent.

Present: Hon. WILFRED FEINBERG, Hon. JON O. NEWMAN, and Hon. ROBERT A. KATZMANN, Circuit Judges.

### SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court be and hereby is **AFFIRMED.**

Julia Rivera appeals the judgment of the district court (Chin, *J.*) affirming a denial of disability benefits rendered by an Administrative Law Judge ("ALJ") and final-

ized by the Social Security Administration ("SSA") on December 26, 2004. We presume the parties' familiarity with the facts, procedural history, and issues on appeal.

We have considered all of the plaintiff's arguments and find them without merit. Accordingly, for substantially the reasons set forth in the district court's decision, *see Rivera v. Barnhart,* No. 04 Civ. 1484(DC), 2005 WL 735936, 2005 U.S. Dist. LEXIS 5233 (S.D.N.Y. March 30, 2005), the judgment of the district court is **AFFIRMED.**